BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>BRUNK INDUSTRIES, a California Corporation<br><br>Defendant. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)** |

Plaintiffs complain of Defendants, and for cause of action allege:

**JURISDICTION AND INTRADISTRICT ASSIGNMENT**

**I.**

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district

1

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

court since contributions are due and payable in the County of San Francisco.  Therefore, intradistrict venue is proper.

## PARTIES

**II.**

At all times material herein, Plaintiffs The Board of Trustees were Trustees of the Laborers Health and Welfare Trust Fund for Northern California (hereinafter "Welfare Fund"); Laborers Pension Trust Fund for Northern California (hereinafter "Pension Fund"); Laborers Vacation-Holiday Trust Fund for Northern California (hereinafter "Vacation Fund"); and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Training Fund," together with the Welfare Fund, Pension Fund and Vacation Fund, collectively referred to as "Trust Funds").  At all times material herein, each of the above-named Trust Funds was, and now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to section 302 of the LMRA (29 U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).  Each of the above-named Trust Funds is administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements.  All of the above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs."

**III.**

At all times material herein, Brunk Industries, a California Corporation (hereinafter referred to as "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

**IV.**

At all relevant times, Defendant was an independent employer, signatory and bound to the 2015-2019 Plastering Hod Carrier agreement entered into between Wall and Ceiling Alliance and Northern California District Council of Laborers (hereinafter "Union"), a labor organization

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

within the meaning of section 301 of the LMRA (29 U.S.C. §185). Defendants became subject to all the terms and conditions of the Plastering Hod Carrier agreement by virtue of signing an Independent Employer Agreement.  A true and correct copy of the 2015-2019 Plastering Hod Carrier Agreement is attached hereto as Exhibit "A" and a true and correct copy of the Independent Employer Agreement is attached hereto as Exhibit "B," both of which are incorporated by reference herein.  The Plastering Hod Carrier Agreement by its terms incorporates the various Trust Agreements establishing each of the Plaintiffs Trust Funds.  By said Agreement, Defendant promised that it would contribute and pay to Plaintiffs the hourly amounts required by the Trust Agreements for each hour paid for or worked by any of its employees who performed any work covered by said Agreement, and that it would be subject to and bound by all of the terms, provisions and conditions of the Trust Agreements.

## V.

The Agreements provide for prompt payment of all employers contributions to the Trust Funds and provide for the payment of liquidated damages and interest on all delinquent contributions, attorneys' fees, and other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the applicable labor agreements and law.

## FIRST CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

### VI.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

### VII.

Defendant has failed, neglected, or refused to make timely fringe benefit contributions as required by the collective bargaining agreements and Trust Agreements and there is now due and owing and unpaid to Plaintiffs contributions, liquidated damages and interest in the sum estimated to be at least $25,106.06 for the period of July, August, September and October 2017.

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

**VIII.**

Plaintiffs are the intended third-party beneficiaries of the Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Agreement.

**IX.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable agreements.

**X.**

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Labor Agreements, Trust Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2).

**SECOND CLAIM FOR RELIEF**
**(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**

**XI.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**XII.**

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Collective Bargaining Agreements and Trust Agreements, and has caused Plaintiffs actual damages in an amount to be proven at trial.

**THIRD CLAIM FOR RELIEF**
**(AUDIT)**

**XIII.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**XIV.**

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine same.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant Brunk Industries, as follows:

1. That Defendant be ordered to pay contributions liquidated damages and interest in the amount of $25,106.06, plus interest thereon;

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

2.	That Defendant be ordered to pay actual damages according to proof;

3.	That this Court issue an Order permanently enjoining Defendant for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

4.	That Defendant be ordered to pay attorneys' fees;

5.	That Defendant be ordered to submit to an audit by Plaintiffs;

6.	That Defendant be ordered to pay costs of suit herein; and

7.	That this Court grants such further relief as this Court deems just and proper.

Dated: July 18, 2018						WEINBERG, ROGER & ROSENFELD
								A Professional Corporation


								*/s/ Concepción E. Lozano-Batista*
							By:	CONCEPCION E. LOZANO-BATISTA
								Attorneys for Plaintiffs

145268\974832

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.