United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

    v.

BRUNK INDUSTRIES,

    Defendant.

No. C 18-04367 WHA

**ORDER DENYING MOTION TO AMEND JUDGMENT AND GRANTING LEAVE TO AMEND**

Following a default judgment in the amount of $30,896.22 against Brunk Industries, Inc., an audit was conducted to confirm the amount of fringe benefit contributions owed. Plaintiff now asserts that the audit did not bear out that defendant owed the $30,896.22 claimed. The judgment as to the $30,896.22 amount is hereby **VACATED**.

Though the audit did not show that defendant owed the $30,896.22, plaintiffs now claim that the audit revealed that the defendant owed a separate amount totaling $416,083.75. However, the complaint did not sufficiently allege the claimed amount of $416,083.75 so as to

put the defendant on notice that such an amount would be sought, therefore default as to the original complaint is insufficient to sustain the larger amount.

Plaintiff must start over, but is given leave to amend to assert a new claim for the larger amount. Plaintiff shall have **SIXTY DAYS** to file and serve the defendant the amended complaint, a summons, and a copy of this order.

The July 7 hearing on the motion to amend the judgment is hereby **VACATED**. A case management conference is set for **THURSDAY, SEPTEMBER 30, 2021 AT 11:00AM**.

**IT IS SO ORDERED.**

Dated: June 24, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2