UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRUNK INDUSTRIES,<br><br>Defendant. | Case No. 18-cv-04367-JSC<br><br>**ORDER TO SHOW CASE WHY CASE SHOULD NOT BE STAYED** |

It has come to the Court's attention that Defendant Brunk Industries, the sole defendant in this action, filed for bankruptcy in the Eastern District of California on June 26, 2023.  23-BK-90283 (E.D. Cal).  Accordingly, the parties shall show cause why this action should not be stayed pursuant to 11 U.S.C. § 362.  In particular, if any party believes the action should **not** be stayed, it shall show cause in writing on or before July 7, 2023.

**IT IS SO ORDERED.**

Dated: June 30, 2023

JACQUELINE SCOTT CORLEY
United States District Judge